1  Jill F. Kopeikin (State Bar No. 160792)
2  Valerie M. Wagner (State Bar No. 173146)
   GCA LAW PARTNERS LLP
3  2570 W. El Camino Real, Suite 510
   Mountain View, CA 94040
4  Telephone: (650) 428-3900
5  Fax: (650) 428-3901
   jkopeikin@gcalaw.com
6  vwagner@gcalaw.com

7

8

9  Attorneys for Plaintiff
   CYWEE GROUP LTD.
10

11           **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13 | CYWEE GROUP LTD., | CASE NO. 3:14-cv-01853 |

14 |  *Plaintiff,* |

   | | CYWEE'S CERTIFICATE OF |
15 | APPLE INC., | INTERESTED ENTITIES |

16 |  *Defendant.* |

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES                    CASE NO. 3:14-cv-01853

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2  persons, associations of persons, firms, partnerships, corporations (including parent

3  corporations) or other entities (i) have a financial interest in the subject matter in

4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in

5  that subject matter or in a party that could be substantially affected by the outcome

6  of this proceeding:  SBCVC F-II; Annex L.P.; and Zhou Ye.

7

8        Dated: April 23, 2014                    Respectfully submitted,

9

                                            /s/ *Jill F. Kopeikin*
10

11                                          Jill F. Kopeikin (State Bar No. 160792)
                                            jkopeikin@gcalaw.com
12                                          GCA LAW PARTNERS LLP
                                            2570 W. El Camino Real, Suite 510
13                                          Mountain View, CA 94040
                                            Telephone: (650) 482-3900
14                                          Fax: (650) 428-3901
15

16                                          Counsel for Plaintiff Cywee Group Ltd.

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES                    CASE NO. 3:14-cv-01853