GCA LAW PARTNERS LLP
JILL F. KOPEIKIN (State Bar No. 160792)
VALERIE M. WAGNER (State Bar No. 173146)
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

SHORE CHAN DEPUMPO LLP
MICHAEL W. SHORE (Texas 18294915)*
ALFONSO G. CHAN (Texas 24012408)*
DUSTIN R. LO (Texas 24087937)*
ARI RAFILSON (Texas 24060465)*
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
dlo@shorechan.com
arafilson@shorechan.com

* Admitted Pro Hac Vice

*Attorneys for Plaintiff CyWee Group Ltd.*

COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN DAMSTEDT (230311)
(bdamstedt@cooley.com)
NEIL N. DESAI (286405)
(ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

EAMONN GARDNER (pro hac vice)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone:  (720) 566-4000
Facsimile:  (720) 566-4099

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYWEE GROUP LTD.,<br>    *Plaintiff,*<br><br>APPLE INC.,<br>    *Defendant.* | No. 3:14-cv-01853-JSW<br><br>**JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT**<br><br>Judge: Jeffrey S. White<br><br>Tutorial: March 23, 2015<br><br>Hearing: March 30, 2015, 1:30 p.m. |

JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT; No. 3:14-cv-01853-JSW

Pursuant to Patent L.R. 4-3, this Court's Standing Order for Patent Cases ("Standing Order"), and the Court's Order Granting Stipulation for Extension of Time for Patent Local Rule 4-2 and 4-3 Deadlines (ECF No. 46), Plaintiff CyWee Group Ltd. ("CyWee") and Defendant Apple Inc. ("Apple") hereby submit this Joint Claim Construction and Prehearing Statement.

Pursuant to the Standing Order, attached as Exhibit A is a copy of U.S. Patent No. 8,441,438 (the "'438 patent") and U.S. Patent No. 8,552,978 (the "'978 patent").

### I.   PATENT L.R. 4-3(a): AGREED CONSTRUCTIONS

The parties agree that "second computing processor" as recited in claim 1 of the '438 patent should be construed as "a computing processor physically distinct from but interoperable with the first computing processor."

The parties agree that "measured magnetisms" as recited in claims 1 and 10 of the '978 patent should be construed as "magnetisms measured by the magnetometer."

### II.   PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS

The parties dispute the construction of the following terms:

1. "receiving and calculating said first and second signal sets from the data transmitting unit"

2. "utilizing a comparison to compare the first signal set with the second signal set"

3. "measured state includes a measurement of said second signal set and a predicted measurement obtained based on the first signal set without using any derivatives of the first signal set"

4. "using the orientation output and the rotation output to generate a

transformed output associated with a fixed reference frame associated with a display device"

5. "predicted magnetism"

6. "quaternion"

The chart attached as Exhibit B contains each party's proposed constructions of these disputed terms, together with an identification of intrinsic evidence and extrinsic evidence proffered by the parties in support of their constructions. Each party reserves the right to refer to the evidence proffered by the other.

### III. PATENT L.R. 4-3(c): TEN MOST SIGNIFICANT DISPUTED CLAIM TERMS FOR CONSTRUCTION

The parties state that the six claim terms identified in Section II above are believed to be most significant at this time to the resolution of this case.

CyWee's Statement on case or claim dispositive terms: The terms "receiving and calculating said first and second signal sets from the data transmitting unit" and "calculating using the first signal set and the second signal set" are potentially case dispositive if the Court agrees with Apple that the terms are indefinite. The term "using the orientation output and the rotation output to generate a transformed output associated with a fixed reference frame associated with a display device" is potentially case dispositive as to infringement. Further, CyWee disputes Apple's arguments regarding indefiniteness and noninfringement below.

Apple's Statement on case or claim dispositive terms:

A finding of indefiniteness for disputed claim terms 1 and 2 would render invalid all the asserted claims of the '438 patent (claims 1 and 3-5).

Apple does not infringe under any of the proposed constructions. Adopting

Apple's proposed construction for disputed claim term 3 would provide an additional and independent ground for noninfringement of all asserted claims of the '438 patent, and adopting Apple's proposed construction for disputed claim terms 4 and 5 would provide additional and independent grounds for noninfringement of all asserted claims of the '978 patent (claims 1, 3, 10, and 12).

Apple is not aware of the construction of disputed claim term 6 as being dispositive or relevant to any dispute between the parties.

## IV.   PATENT L.R. 4-3(d): ANTICIPATED LENGTH OF TIME

The parties anticipate that the claim construction hearing should last approximately two to three hours.

## V.   PATENT L.R. 4-3(e): WITNESSES

CyWee expressly reserves the right to rely on testimony of its expert, Sheikh Iqbal Ahamed, Ph.D., in support of its proposed constructions and to rebut Apple's indefiniteness arguments. Further, CyWee reserves the right to submit a request to the Court pursuant to Paragraph 10 of this Court's Standing Order for Patent Cases to request this Court's approval so that its expert witness may testify live at the claim construction hearing. A summary of Professor Ahamed's testimony appears in the chart attached as Exhibit B.

As detailed in Exhibit B, Apple has identified expert testimony from Dr. Shwetak Patel it may rely on to support its claim construction briefing. Consistent with paragraph 10 of the Court's Standing Order for Patent Cases, Apple does not believe that live testimony from experts at the claim construction hearing would be necessary or useful. To the extent such testimony is allowed, Apple reserves the right to rely on Dr. Patel's testimony.

[Signature on next page]

Dated: January 12, 2015                Respectfully submitted,

*/s/ Jill F. Kopeikin*
Jill F. Kopeikin (160792)
jkopeikin@gcalaw.com
Valerie M. Wagner (173146)
vwagner@gcalaw.com
GCA Law Partners LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Michael W. Shore (admitted pro hac vice)*
mshore@shorechan.com
Alfonso G. Chan (admitted pro hac vice)*
achan@shorechan.com
Dustin R. Lo (admitted pro hac vice)*
dlo@shorechan.com
Ari Rafilson (admitted pro hac vice)*
arafilson@shorechang.com
Shore Chan DePumpo LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiff CyWee Group Ltd.*

[Signatures continued on next page]

JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT; No. 3:14-cv-01853-JSW            4

Dated: January 12, 2015

/s/ Benjamin G. Damstedt
Timothy S. Teter (171451)
teterts@cooley.com
Benjamin G. Damstedt (230311)
bdamstedt@cooley.com
Neil N. Desai (286405)
ndesai@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Eamonn Gardner (pro hac vice)
(egardner@cooley.com)
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone:   (720) 566-4000
Facsimile:   (720) 566-4099

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on January 12, 2015, with a copy of this document via the Court's CM/ECF system per Local Rules.

By:   /s/        Jill F. Kopeikin

JOINT CLAIM CONSTRUCTION PREHEARING STATEMENT; No. 3:14-cv-01853-JSW          5

1  I, Jill F. Kopeikin, am counsel for Plaintiff Cywee Group LTD. in this
2  action.  I am the registered ECF user under whose name and password this Joint
3  Joint Claim Construction Prehearing Statement is being filed.  Pursuant to Civil Local
4  Rule 5-1(i), I attest that the concurrence in the filing of this document has been
5  obtained from each of the other signatories.

DATED:  January 12, 20155          GCA LAW PARTNERS LLP

                                   By:  /s/ Jill F. Kopeikin
                                        Jill F. Kopeikin

                                   Attorneys for CYWEE GROUP LTD.