Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Michael W. Shore (Texas 18294915)*
Alfonso Garcia Chan, achan@shorechan.com*
Ari Rafilson, arafilson@shorechan.com*
Dustin Lo, dlo@shorechan.com*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9118
*Admitted Pro Hac Vice

Attorneys for Plaintiff
CYWEE GROUP LTD

COOLEY LLP
Timothy S. Teter (171451)
(teterts@cooley.com)
Benjamin Damstedt (230311)
(bdamstedt@cooley.com)
Neil N. Desai (286405) (ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Eamonn Gardner (pro hac vice)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone:   (720) 566-4000
Facsimile:   (720) 566-4099

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 14-cv-01853-HSG <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PATENT LOCAL RULE 4-5 DEADLINES** <br><br> **Judge: Haywood S. Gilliam, Jr.** |

Pursuant to Patent L.R. 1-3 and Civ. L.R. 6-1, 6-2 and 7-12, Plaintiff CyWee Group Ltd. and Defendant Apple Inc. jointly and respectfully submit this Stipulation and [Proposed] Order seeking an order to extend the time to submit the following briefs:

| Event | Current Date | Proposed Date |
|---|---|---|
| Comply with Patent L.R. 4-5(a) (Plaintiff files opening claim construction brief) | March 20, 2015 | May 8, 2015 |
| Comply with Patent L.R. 4-5(b) (Defendant files responsive claim construction brief) | April 17, 2015 | June 5, 2015 |
| Comply with Patent L.R. 4-5(c) (Plaintiff files reply claim construction brief) | May 1, 2015 | June 26, 2015 |

The proposed dates are identical to those jointly proposed by the parties on March 2, 2015 in their Joint Case Management Statement and Rule 26(f) Report. (Dkt. No. 51). That statement was submitted in accordance with this Court's Order Reassigning Case, dated February 13, 2015. This Court recently set a Case Management Conference for March 24, 2015. However, because the existing deadline for the opening claim construction brief (Patent L.R. 4-5(b)) will elapse before the Case Management Conference, the Parties respectfully submit this Stipulation and [Proposed] Order seeking a modification of the schedule in advance.

The proposed order is not sought for delay, and aligns with the schedule jointly submitted by the parties. The proposed order will provide the parties with additional time to properly present to the Court their positions with respect to the claim terms at issue.

The following time modifications have occurred previously in this case:

1. On August 29, 2014, this Court, the Honorable Judge Jeffrey S. White presiding, set an order scheduling various dates associated with the claim construction proceedings in this case. (Docket 37).

2. On December 3, 2014, the Court, the Honorable Jeffrey S. White presiding, granted the parties' Stipulation and [Proposed] Order for an extension of time for Patent Local Rule 4-2 and 4-3 deadlines. (Dkt. No. 46). The parties have since complied with the Patent L.R. 4-2 and 4-3 deadlines.

3. On January 30, 2014, the Court issued a Clerk's Notice postponing the Claim Construction Tutorial and Markman Hearing in this case, from March 23, 2015 and March 30, 2015 to May 28 and June 1, 2015, respectively. (Docket No. 48).

4. Following the modification to the Claim Construction Tutorial and Markman Hearing dates, the parties entered into and filed a Stipulation and [Proposed] Order to modify the claim construction briefing. (Docket No. 49). On February 4, 2015, this Court, the Honorable Jeffrey S. White presiding, granted the parties' Stipulation and [Proposed] Order to extend claim construction briefing dates in light of the Clerk's Notice Continuing Claim Construction Tutorial and Markman Hearing. (Dkt. No. 50).

5.  On February 13, 2015, the Clerk of the Court issued an Order of Reassigning Case, instructing the parties to submit a new Joint Case Management Statement and Rule 26(f) Report. (Docket 50(b)). The parties submitted their updated Joint Case Management Conference Statement and Rule 26(f) Report on March 2, 2015, which included the deadlines that the parties now propose and respectfully request that the Court adopt by this Stipulation and [Proposed] Order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 17, 2015 | Respectfully submitted, |
| /s/ Jill F. Kopeikin | /s/ Timothy S. Teter |
| Jill F. Kopeikin (State Bar No. 160792)<br>jkopeikin@gcalaw.com<br>Valerie M. Wagner (State Bar No. 173146)<br>vwagner@gcalaw.com<br>GCA LAW PARTNERS LLP<br>2570 W. El Camino Real, Suite 500<br>Mountain View, CA 94040<br>Telephone: (650) 428-3900<br>Facsimile: (650) 428-3901<br><br>Michael W. Shore (Texas 18294915)*<br>SHORE CHAN DEPUMPO LLP<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: (214) 593-9110<br>Facsimile: (214) 593-9111<br>*Admitted Pro Hac Vice<br><br>Counsel for Plaintiff CyWee Group Ltd. | Timothy S. Teter (State Bar No. 171451)<br>teterts@cooley.com<br>Benjamin G. Damstedt (State Bar No. 230311)<br>bdamstedt@cooley.com<br>Neil N. Desai (State Bar No. 286405)<br>ndesai@cooley.com<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Eamonn Gardner (pro hac vice)<br>egardner@cooley.com<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021<br><br>Attorneys for Defendant Apple Inc. |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: March 17, 2015

_____
**Honorable Haywood S. Gilliam, Jr.**
United States District Judge

1  I, Jill F. Kopeikin, am counsel for Plaintiff Cywee Group Ltd. in this action. I am the registered ECF user under whose name and password this Stipulation and [Proposed] Order for Extension of Time for Patent Local Rule 4-5 Deadlines is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: March 13, 2015            GCA LAW PARTNERS LLP

                                 By: /s/ Jill F. Kopeikin
                                     Jill F. Kopeikin

                                 Attorneys for CYWEE GROUP LTD.