UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 14-cv-01853-HSG<br><br>**Order Granting Joint Motion for Order Permitting Use of Equipment During Court Hearing**<br><br>Date: July 22, 2015<br>Time: 12:00 pm<br>Courtroom 15, 18th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY ORDERED THAT:

The parties' Joint Motion for Order Permitting Use of Equipment During Court Hearing is GRANTED.

Laptop computers, and cables may be brought into Courtroom 15, 18th floor of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on July 22, 2015 for the purpose of the hearing before the Honorable Haywood S. Gilliam, Jr.

Dated:  July 21, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge