UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYWEE GROUP LTD,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 14-cv-01853-HSG

**SCHEDULING ORDER**

A case management conference was held on September 29, 2015. The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
| --- | --- |
| Deadline for Parties to Identify a Mediator | October 26, 2015 |
| Close of Fact Discovery | February 29, 2016 |
| Deadline to Complete Initial Expert Disclosures | April 12, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | June 2, 2016 |
| Close of Expert Discovery | July 12, 2016 |
| Deadline to File Dispositive Motions | August 16, 2016 |
| Deadline to File Oppositions to Dispositive Motions | September 14, 2016 |
| Deadline to File Replies in Support of Dispositive Motions | September 29, 2016 |
| Deadline to Hear Dispositive Motions | October 27, 2016 2:00 p.m. |
| Pretrial Conference | December 13, 2016 3:00 p.m. |
| Jury Trial | January 17, 2017 8:30 a.m. 10 days |

//

//

//

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge