1   GCA LAW PARTNERS LLP
    JILL F. KOPEIKIN (State Bar No. 160792)
2   VALERIE M. WAGNER (State Bar No.
    173146)
3   2570 W. El Camino Real, Suite 510
    Mountain View, CA 94040
4   Telephone: (650) 428-3900
    Fax: (650) 428-3901
5   jkopeikin@gcalaw.com
    vwagner@gcalaw.com
6
    SHORE CHAN DEPUMPO LLP
7   MICHAEL W. SHORE (Texas 18294915)*
    ALFONSO G. CHAN (Texas 24012408)*
8   ARI RAFILSON (Texas 24060465)*
    901 Main Street, Suite 3300
9   Dallas, TX 75202
    Telephone: (214) 593-9110
10  Fax: (214) 593-9111
    mshore@shorechan.com
11  achan@shorechan.com
    arafilson@shorechan.com
12
    * Admitted *Pro Hac Vice*
13
    *Attorneys for Plaintiff CyWee Group Ltd.*
14

COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN DAMSTEDT (230311)
(bdamstedt@cooley.com)
NEIL N. DESAI (286405)
(ndesai@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

EAMONN GARDNER (*pro hac vice*)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

*Attorneys for Defendant Apple Inc.*

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                   OAKLAND DIVISION

18

19  CYWEE GROUP LTD.,                    Case No.  3:14-cv-01853-HSG

20            Plaintiff,                 **ORDER GRANTING EXTENSION OF
                                         TIME FOR CERTAIN DEADLINES**
21       v.

22  APPLE INC.,

23            Defendant.

24

25       Having considered the parties' Stipulation for Extension of Time for Certain Deadlines set

26  by the Court's Scheduling Order (Dkt. No. 73), and for good cause shown, IT IS HEREBY

27  ORDERED THAT the parties' request is GRANTED.

28       The case schedule is AMENDED as follows, with all other dates remaining the same:

Case No.  3:14-cv-01853-HSG                    1.

1

2

| Event | Date |
|---|---|
| Close of Fact Discovery | April 15, 2016 |
| Deadline to Complete Initial Expert Disclosures | May 16, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | June 15, 2016 |

3

4

5

6

7

DATED:  December 10, 2015

Hon. Haywood S. Gilliam, Jr.
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28