UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD,<br><br>       Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No.  14-cv-01853-HSG<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO MODIFY CASE SCOPE AND SCHEDULE**<br><br>Re: Dkt. No. 81 |

On February 4, 2016, Plaintiff CyWee Group Ltd. and Defendant Apple Inc. submitted a joint stipulation requesting an order to modify the case scope and schedule.  Dkt. No. 81.

The Court hereby GRANTS the stipulation with the following modification:

- The Parties' Supplemental Joint Claim Construction Statement, due July 27, 2016, will include the parties' proposal for how and when to resolve any outstanding claim construction disputes.  The parties are required to meet and confer and attempt to reach agreement on the proposal before submitting the supplemental statement.

For purposes of clarity, the complete schedule is shown below.

| Event | Date |
|---|---|
| Apple Makes Available Source Code for Watch, Maps, and Compass, including the Map Kit Framework. Apple Provides Updated Responses to Discovery.[1] | March 1, 2016 |

---

[1] The parties will work together to ensure that CyWee has an adequate time to review source code in electronic and printed form before the deadline for filing its Amended Complaint and serving its Amended Infringement Contentions.

| Event | Date |
|---|---|
| CyWee Serves Amended Infringement Contentions and Files an Amended Complaint[2] | May 12, 2016 |
| Apple Serves Amended Invalidity Contentions and Files a Response to the Amended Complaint | June 14, 2016 |
| Parties Disclose any Additional Proposed Terms for Construction, Proposed Constructions, and Extrinsic Evidence | June 29, 2016 |
| Parties Disclose any Rebuttal Constructions and Extrinsic Evidence | July 13, 2016 |
| Parties File Supplemental Joint Claim Construction Statement, including proposal regarding resolution of any outstanding claim construction disputes | July 27, 2016 |
| Close of Fact Discovery | September 15, 2016 |
| Deadline to Complete Initial Expert Disclosures | October 24, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | November 22, 2016 |
| Close of Expert Discovery | December 16, 2016 |
| Deadline to File Dispositive Motions | January 16, 2017 |
| Deadline to File Oppositions to Dispositive Motions | February 15, 2017 |
| Deadline to File Replies to Dispositive Motions | March 1, 2017 |
| Hearing on Dispositive Motions | March 23, 2017 2:00 pm |
| Pretrial Conference | May 9, 2017 3:00 pm |
| Jury Trial | June 12, 2017 8:30 am, 10 days |

**IT IS SO ORDERED.**

Dated: 2/10/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] Neither party will move to strike the other party's amended contentions or complaint/answer on grounds of diligence or good cause for amendment.

2