UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br>     Plaintiff, <br>     v. <br> APPLE INC., <br>     Defendant. | Case No. 14-cv-01853-HSG <br><br> **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO MODIFY CASE SCHEDULE** <br><br> Re: Dkt. No. 92 |

On July 27, 2016, Plaintiff CyWee Group Ltd. and Defendant Apple Inc. submitted a joint stipulation requesting an order to modify the case schedule. Dkt. No. 92. The Court held a case management conference on August 16, 2016, to discuss the proposed modifications.

As discussed at the hearing, the Court hereby GRANTS the stipulation with the following modification:

・ The final pretrial conference will be held on August 15, 2017, at 3:00 pm.

For purposes of clarity, the complete schedule is shown below.

| Event | Deadline |
|---|---|
| Close of Fact Discovery | December 16, 2016 |
| Deadline to Complete Initial Expert Disclosures | January 27, 2017 |
| Mediation Deadline | January 31, 2017 |
| Deadline to Complete Rebuttal Expert Disclosures | February 24, 2017 |
| Close of Expert Discovery | March 17, 2017 |
| Deadline to File Dispositive Motions | April 17, 2017 |
| Deadline to File Oppositions to Dispositive Motions | May 17, 2017 |
| Deadline to File Replies to Dispositive Motions | June 2, 2017 |

| Event | Deadline |
|---|---|
| Hearing on Dispositive Motions | June 22, 2017 2:00 pm |
| Pretrial Conference | August 15, 2017 3:00 pm |
| Jury Trial | August 28, 2017 8:30 am, 10 days |

**IT IS SO ORDERED.**

Dated: 8/17/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge