1          E-filed 11/1/2016

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6    CYWEE GROUP LTD,                          Case No.14-cv-01853-HSG   (HRL)

7              Plaintiff,                       **ORDER GRANTING IN PART AND
                                                DENYING IN PART PLAINTIFF'S**
8         v.                                    **ADMINISTRATIVE MOTION TO FILE
                                                UNDER SEAL**
9    APPLE INC.,

10             Defendant.                       Re: Dkt. No. 104

11         Pending before this Court is the Administrative Motion by Plaintiff CyWee Group, Ltd.

12   ("CyWee") to file under seal certain exhibits to the declarations of Ari Rafilson, Zhou Ye, and

13   Shun-Nan Liu.  Dkt. No. 104.  These declarations were filed in support of CyWee's Motion for

14   Administrative Relief to modify the briefing schedule and augment the papers related to its

15   Motion to Amend/Correct Infringement Contentions.  Dkt. Nos. 98, 103.  Having considered the

16   motion, the Court grants it with respect to some of the documents requested to be filed under seal

17   and denies it in part with respect to others, as detailed below.

18         The courts recognize a common-law right of access to public records, and a strong

19   presumption in favor of public access exists.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d

20   1122, 1134-35 (9th Cir. 2003).  This right of access, however, is not absolute, and can be

21   overridden.  *Id.* at 1135.  The party seeking to seal judicial records bears the burden of overcoming

22   the presumption in favor of access.  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172,

23   1178-79 (9th Cir. 2006).

24         The court applies one of two standards in evaluating motions to seal: the lower good cause

25   standard, which applies to non-dispositive matters, and the more stringent compelling reasons

26   standard, which applies to dispositive matters.  *See Luo v. Zynga, Inc.*, No. 13-cv-00186 NC, 2013

27   WL 5814763, at *1-2 (N.D. Cal., Oct. 29, 2013).  Under the good cause standard, the party must

28   make a "particularized showing" that "specific prejudice or harm will result" if the document is

United States District Court
Northern District of California

1    not filed under seal.  *Id.* at \*1 (quoting *San Jose Mercury News, Inc. v. U.S. Dist. Court. N. Dist.*

2    *(San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999)).  Under the compelling reasons standard, the

3    party seeking disclosure must "'articulate[] compelling reasons supported by specific factual

4    findings' . . . that outweigh the general history of access and the public policies favoring

5    disclosure . . . ." *Kamakana*, 447 F.3d at 1178-79 (quoting *Foltz v. State Farm Mut. Auto. Ins.*

6    *Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citations omitted).

7         A motion to amend infringement contentions is a non-dispositive motion, and so the less

8    stringent good cause standard applies to this motion to seal.  *See Finjan Inc. v. Proofpoint, Inc.*,

9    No. 13-cv-05808, 2015 WL 9023164, at \*2 (N.D. Cal. Dec. 16, 2015); *Angioscore, Inc. v.*

10   *TriReme Medical, Inc.*, No. 12-cv-03393-YGR, 2015 WL 75187, at \*2 (N.D. Cal. Jan. 6, 2015);

11   *Mediatek Inc. v. Freescale Semiconductor, Inc.*, No. 11-cv-5341 YGR, 2013 WL 10996547, at \*1

12   (N.D. Cal. May 10, 2013).

13        The court has reviewed CyWee's sealing motion and declaration in support thereof.  The

14   court finds that CyWee has established good cause to seal the following documents:

15        1.  Rafilson Declaration, Exhibit B

16        2.  Rafilson Declaration, Exhibit C

17        3.  Rafilson Declaration, Exhibit D

18        4.  Liu Declaration, Exhibit B

19        5.  Liu Declaration, Exhibit C

20        6.  Liu Declaration, Exhibit E

21        7.  Liu Declaration, Exhibit F

22        8.  Ye Declaration, Exhibit B

23        9.  Ye Declaration, Exhibit C

24        10. Ye Declaration, Exhibit E

25        11. Ye Declaration, Exhibit F

26        12. Ye Declaration, Exhibit H

27        13. Ye Declaration, Exhibit I

28        14. Ye Declaration, Exhibit J

United States District Court
Northern District of California

2

1    CyWee has not, however, established good cause to seal the entirety of each of the

2    following documents, for the reasons explained below:

3        1.  Liu Declaration, Exhibit A

4        2.  Liu Declaration, Exhibit D

5        3.  Liu Declaration, Exhibit G

6        4.  Ye Declaration, Exhibit A

7        5.  Ye Declaration, Exhibit D

8        6.  Ye Declaration, Exhibit G

9    The court recognizes that some of the material contained in these latter six exhibits is

10   suitable for filing under seal.  However, much of the content of these documents is not obviously

11   confidential.  For example, Exhibit A to the Liu Declaration is a slide presentation, portions of

12   which present publicly available information.  And a portion of Exhibit D to the Liu Declaration is

13   included in the Liu Declaration itself, which is not filed under seal.

14   The Civil Local Rules require that requests to file under seal be "narrowly tailored to seek

15   sealing only of sealable material . . . ."  Civil L. R. 79-5(b).  Additionally, the good cause standard

16   requires a "particularized showing" that "specific prejudice or harm will result" if the

17   documents—or portions of them—are not filed under seal.  CyWee has not satisfied the narrow

18   tailoring requirement, and it has not shown good cause for sealing the entirety of the six identified

19   documents.

20   Pursuant to Civil Local Rule 79-5(f)(3), CyWee shall have seven days from the date of this

21   order either to file revised redacted versions of the six documents identified above or to file the

22   whole of these six documents on the public docket.  CyWee's motion to file under seal is granted

23   with respect to the other 14 documents.

24   **IT IS SO ORDERED.**

25   Dated: 11/1/2016

26

27

28                                          HOWARD R. LLOYD
                                            United States Magistrate Judge

United States District Court
Northern District of California

3