Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYWEE GROUP LTD.

Plaintiff(s),

v.

APPLE INC.

Defendant(s).

Case No: 3:14-cv-01853

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Christopher L. Evans, an active member in good standing of the bar of Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CyWee Group Ltd. in the above-entitled action. My local co-counsel in this case is Jill F. Kopeikin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 901 Main Street, Suite 3300<br>Dallas, TX 75202 | 2570 W. El Camino Real, Suite 510<br>Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD:<br>(214) 593-9110 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 428-3900 |
| MY EMAIL ADDRESS OF RECORD:<br>cevans@shorechan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jkopeikin@gcalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24058901.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/30/16

Christopher L. Evans
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher L. Evans is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/5/2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                              October 2012

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher Liimatainen Evans**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of May, 2009.

I further certify that the records of this office show that, as of this date

**Christopher Liimatainen Evans**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of November, 2016.
BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez

Blanca E. Valdez, Deputy Clerk

No. 112916BB

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.