GCA LAW PARTNERS LLP
JILL F. KOPEIKIN (State Bar No. 160792)
VALERIE M. WAGNER (State Bar No. 173146)
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

SHORE CHAN DEPUMPO LLP
MICHAEL W. SHORE (Texas 18294915)*
ALFONSO G. CHAN (Texas 24012408)*
JENNIFER M. RYNELL (Texas 24033025)*
ARI RAFILSON (Texas 24060465)*
YONG PENG (Texas 24099772)*
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
jrynell@shorechan.com
arafilson@shorechan.com
epeng@shorechan.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff CyWee Group Ltd.*

COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN G. DAMSTEDT (230311)
(bdamstedt@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
MATTHEW BUCCELLATO (296079)
(mbuccellato@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

EAMONN GARDNER (310834)
(egardner@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　*Defendant*. | Case No. 3:14-cv-01853-HSG-HRL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER PERMITTING LIMITED DEPOSITIONS IN JANUARY 2017 PURSUANT TO CIVIL L.R. 6-2 AND 7-12**<br><br>Hon. Haywood S. Gilliam, Jr. |

The parties in this case have been working to complete discovery with minimal intrusion to potential witnesses, especially third-party witnesses. The parties have subpoenaed several third-party witnesses who have indicated that they are unavailable before the December 16 fact discovery cutoff, but are available to be deposed in January. (Dkt. 95.) For the convenience of the witnesses, the parties wish to conduct depositions of only the following third-parties in January: (1) Xsens/Per Slycke, (2) STMicroelectronics, (3) Broadcom, (4) NXP, (5) Eric Bachmann, (6) Sinan Karahan, (7) Caleb Chamberlain, and (8) Marv Su. In addition, due to scheduling difficulties, CyWee wishes to depose (9) Kaiann Drance, (10) Brian King, and (11) Apple's Corp. Rep. on Noninfringement and NXP in January. The parties also previously agreed to allow the Apple Corp. Rep. on Licensing deposition to take place following resolution of the parties' discovery dispute. (Dkt. 119).

The parties anticipate that a majority of these depositions would be completed by January 20, 2017, and no other deadlines would need to be moved. Civil L.R. 6-2(a)(3). The Court previously granted modifications of deadlines relating to claim construction and other deadlines. (Dkt. 46, 50, 54, 80, 85, 95, 108.)

IT IS SO STIPULATED:

Dated: December 12, 2016

*/s/ Michael W. Shore*
Jill F. Kopeikin (160792)
jkopeikin@gcalaw.com
Valerie M. Wagner (173146)
vwagner@gcalaw.com
GCA Law Partners LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Michael W. Shore (admitted *pro hac vice*)
mshore@shorechan.com
Alfonso G. Chan (admitted *pro hac vice*)
achan@shorechan.com
Jennifer M. Rynell (admitted *pro hac vice*)
jrynell@shorechan.com
Ari Rafilson (admitted *pro hac vice*)
arafilson@shorechan.com
Yong Peng (admitted *pro hac vice*)
epeng@shorechan.com
Shore Chan DePumpo LLP
901 Main Street, Suite 3300

|   |   |   |
|---|---|---|
| 1 | | Dallas, TX 75202 |
| 2 | | Telephone: (214) 593-9110 |
|   | | Facsimile: (214) 593-9111 |
| 3 | | *Attorneys for Plaintiff CyWee Group Ltd.* |
| 4 | | |
| 5 | Dated:  December 12, 2016 | */s/ Timothy S. Teter* |
|   | | Timothy S. Teter (171451) |
| 6 | | teterts@cooley.com |
|   | | Benjamin G. Damstedt (230311) |
| 7 | | bdamstedt@cooley.com |
|   | | Dena Chen (286452) |
| 8 | | dchen@cooley.com |
|   | | Matthew Buccellato (296079) |
| 9 | | mbuccellato@cooley.com |
|   | | Cooley LLP |
| 10 | | 3175 Hanover Street |
|   | | Palo Alto, CA  94304 |
| 11 | | Telephone:     (650) 843-5000 |
|   | | Facsimile:      (650) 849-7400 |
| 12 | | |
|   | | Eamonn Gardner (310834) |
| 13 | | egardner@cooley.com |
|   | | Cooley LLP |
| 14 | | 4401 Eastgate Mall |
|   | | San Diego, CA  92121-1909 |
| 15 | | Telephone:     (858) 550-6000 |
|   | | Facsimile:      (858) 550-6420 |
| 16 | | |
|   | | *Attorneys for Defendant Apple Inc.* |

Pursuant to the parties' stipulation, the parties may take the depositions identified in their stipulation on or before January 20, 2017.

IT IS SO ORDERED.

DATED: <u>December 13</u>, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per the Local Rules. I, Timothy S. Teter, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Permitting Limited Deposition in January 2017 Pursuant to Civil L.R. 6-2 and 7-12. In compliance with Local Rule 5-1, I hereby attest that Michael E. Shore has concurred in this filing.

Cooley LLP

By: */s/ Timothy S. Teter*

*Attorney for Defendant, Apple Inc.*

COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN DAMSTEDT (230311)
(bdamstedt@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
MATTHEW BUCCELLATO (296079)
(mbuccellato@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

EAMONN GARDNER (310834)
(egardner@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CyWee Group Ltd.,<br><br>            Plaintiff,<br><br>     v.<br><br>Apple Inc.,<br><br>            Defendant. | Case No.  3:14-cv-01853-HSG-HRL<br><br>**DECLARATION OF TIMOTHY S. TETER IN SUPPORT OF STIPULATION AND PROPOSED ORDER PERMITTING LIMITED DEPOSITIONS IN JANUARY 2017 PURSUANT TO CIVIL L.R. 6-2 AND 7-12** |

Pursuant to Civ. L.R. 6-2 and 7-11, I, Timothy S. Teter, hereby declare as follows:

1. I am a Partner at Cooley LLP and one of the lawyers representing Apple Inc.

2. The parties have subpoenaed the following: Xsens/Per Slycke, STMicroelectronics, Broadcom, NXP, Eric Bachmann, and Caleb Chamberlain. CyWee has indicated that it wishes to take depositions of Sinan Karahan, Kaiann Drance, Brian King, Apple's Corp. Rep. on Noninfringement and NXP, and Apple's Corp. Rep. on Licensing.

3. Third-party witnesses Xsens/Per Slycke, Broadcom, NXP, and STMicroelectronics are unavailable before the fact discovery deadline. Third-party witness Eric Bachmann was subpoenaed regarding his work at the Naval Postgraduate School, and the parties have been working with the Office of the Chief of Naval Research regarding the scope of the Bachmann testimony. CyWee's counsel were unavailable for the dates that would work for third-party witness Sinan Karahan, and Apple witnesses Kaiann Drance and Brian King.

4. Last week, CyWee indicated that it intends to call Marv Su, a former CyWee employee, at trial to testify about interactions between Apple and CyWee in 2010 and 2012. The parties disagree regarding whether those interactions were relevant or properly the subject of any willfulness allegation in this case; but in any event, CyWee's disclosure of Mr. Su as an expected trial witness requires Apple to take his deposition. Apple did not previously depose Mr. Su because CyWee did not previously plead or disclose Mr. Su or the 2010 and 2012 interactions as a basis for willfulness (*e.g.*, Dkt. 1, 9, 87, 98-5) and did not supplement its initial disclosures or otherwise identify Mr. Su as a potential trial witness until December 9, 2016.

5. Counsel for CyWee Group Ltd. and counsel for Apple Inc. met-and-conferred in-person and exchanged emails regarding deposition scheduling.

6. The parties have stipulated to conduct only the following depositions in January 2017, provided the Court agrees: (1) Xsens/Per Slycke, (2) STMicroelectronics, (3) Broadcom, (4) NXP, (5) Eric Bachmann, (6) Sinan Karahan, (7) Caleb Chamberlain, (8) Marv Su, (9) Kaiann Drance, (10) Brian King, and (11) Apple's Corp. Rep. on Noninfringement and NXP. CyWee also wishes to take the deposition of (12) Apple's Corp. on Licensing after resolution of the parties' discovery dispute. The parties anticipate that a majority of these

1  depositions would be completed by January 20, 2017, and that no other deadlines would need to
2  be moved.  Civil L.R. 6-2(a)(3).  The Court previously granted modifications of deadlines relating
3  to claim construction and other deadlines.  (Dkt. 46, 50, 54, 80, 85, 95, 108.)
4         I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6  Dated:   December 12, 2016                     */s/ Timothy S. Teter*
7                                                  Timothy S. Teter