1   Jill F. Kopeikin (State Bar No. 160792)        Timothy S. Teter (171451)
    Valerie M. Wagner (State Bar No. 173146)       (teterts@cooley.com)
2   GCA LAW PARTNERS LLP                            Benjamin G. Damstedt (230311)
    2570 W. El Camino Real, Suite 510              (bdamstedt@cooley.com)
3   Mountain View, CA 94040                         Dena Chen (286452)
    Telephone: (650) 482-3900                      (dchen@cooley.com)
4   Fax: (650) 428-3901                             Matthew Buccellato (296079)
    jkopeikin@gcalaw.com                           (mbuccellato@cooley.com)
5   vwagner@gcalaw.com                              COOLEY LLP
                                                    3175 Hanover Street
6   Michael W. Shore (Texas 18294915)*             Palo Alto, CA 94304
7   Alfonso G. Chan (Texas 24012408)*              Telephone: (650) 843-5000
    Jennifer M. Rynell (Texas 24033025)*           Facsimile: (650) 849-7400
8   Christopher Evans (Texas 24058901)*
9   Ari B. Rafilson (Texas 24060465)*              Eamonn Gardner (310384)
    Yong Peng (Texas 24099772)*                    (egardner@cooley.com)
10  SHORE CHAN DEPUMPO LLP                          COOLEY LLP
    901 Main Street, Suite 3300                    4401 Eastgate Mall
11  Dallas, TX 75202                                San Diego, CA 92121
    Telephone: (214) 593-9110                      Telephone: (858) 550-6000
12  Fax: (214) 593-9111                             Facsimile: (858) 550-6420
13  * Admitted *Pro Hac Vice*                       *Attorneys for Defendant Apple Inc.*
14  Attorneys for Plaintiff
    CYWEE GROUP LTD
15

16                      UNITED STATES DISTRICT COURT
17                     NORTHERN DISTRICT OF CALIFORNIA
18                             OAKLAND DIVISION
19

20  CYWEE GROUP LTD.,                     Case No. 3:14-cv-01853-HSG (HRL)

21         *Plaintiff*,                   **STIPULATION AND ORDER CONTINUING
                                          DEADLINES FOR 60 DAYS**
22  v.
                                          **Judge: Haywood S. Gilliam, Jr.**
23  APPLE INC.,

24         *Defendant*.

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER                      CASE NO. 3:14-CV-01853-HSG
    CONTINUING DEADLINES FOR 60 DAYS

1    Plaintiff CyWee Group Ltd. and Defendant Apple Inc. jointly and respectfully submit this

2    Stipulation seeking a continuation of all deadlines for 60 days to allow the parties to explore

3    settlement in light of the mediation held on December 16, 2016. The deadlines to be continued are

4    as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadlines for corrections and confidentiality designations on deposition transcripts | 30 days from the date of receipt of final deposition transcripts | 60 days from the filing of this Stipulation |
| Deadline for Apple to file Declaration in Response to Dkt. 134 | December 23, 2016 | February 21, 2017 |
| Deadline for Motions to Compel/ Joint Discovery Dispute Reports | December 23, 2016 | February 21, 2017 |
| Deadline to Complete Additional Depositions Pursuant to Parties' Stipulation and Court's Order (Dkt. 129) | January 20, 2017 | March 21, 2017 |
| Deadline to Complete Initial Expert Disclosures | January 27, 2017 | March 28, 2017 |
| Deadline to Complete Rebuttal Expert Disclosures | February 24, 2017 | April 28, 2017 |
| Close of Expert Discovery | March 17, 2017 | May 19, 2017 |
| Deadline to file Dispositive Motions | April 17, 2017 | June 16, 2017 |
| Deadline to File Oppositions to Dispositive Motions | May 17, 2017 | July 17, 2017 |
| Deadline to File Replies to Dispositive Motions | June 2, 2017 | August 1, 2017 |
| Hearing on Dispositive Motions | June 22, 2017 2:00 pm | August 24, 2017 2:00 pm or at the Court's convenience |
| Pretrial Conference | August 15, 2017 3:00 pm | October 17, 2017 3:00 pm or at the Court's convenience |
| Jury Trial | August 28, 2017 8:30 am, 10 days | October 30, 2017 8:30 am, 10 days or at the Court's convenience |

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR 60 DAYS                1                CASE NO. 3:14-CV-01853-HSG

1    Accordingly, the parties submit that good cause exists to extend the deadlines as described

2    above, and respectfully request that the Court grant this extension.

3    IT IS SO STIPULATED:

     Dated:  December 22, 2016                       Respectfully submitted,
4

5    _____ */s/ Michael W. Shore* _____          _____ */s/ Timothy S. Teter* _____
     Jill F. Kopeikin (State Bar No. 160792)          TIMOTHY S. TETER (171451)
6    jkopeikin@gcalaw.com                             (teterts@cooley.com)
     Valerie M. Wagner (State Bar No. 173146)         BENJAMIN G. DAMSTEDT (230311)
7    vwagner@gcalaw.com                               (bdamstedt@cooley.com)
     GCA LAW PARTNERS LLP                             DENA CHEN (286452)
8    2570 W. El Camino Real, Suite 510                (dchen@cooley.com)
     Mountain View, CA 94040                          MATTHEW BUCCELLATO (296079)
9    Telephone: (650) 482-3900                        (mbuccellato@cooley.com)
10   Fax: (650) 428-3901                              COOLEY LLP
     jkopeikin@gcalaw.com                             3175 Hanover Street
11   vwagner@gcalaw.com                               Palo Alto, CA 94304
                                                      Telephone: (650) 843-5000
12   Michael W. Shore (admitted *pro hac vice*)       Facsimile: (650) 849-7400
13   mshore@shorechan.com
     Alfonso G. Chan (admitted *pro hac vice*)        EAMONN GARDNER (*pro hac vice*)
14   achan@shorechan.com                              (egardner@cooley.com)
     Jennifer M. Rynell (admitted *pro hac vice*)     COOLEY LLP
15   jrynell@shorechan.com                            4401 Eastgate Mall
     Ari B. Rafilson (admitted *pro hac vice*)        San Diego, CA 92121
16   arafilson@shorechan.com                          Telephone: (858) 550-6000
17   Yong Peng (admitted *pro hac vice*)              Facsimile: (858) 550-6420
     epeng@shorechan.com                              *Attorneys for Defendant Apple Inc.*
18   SHORE CHAN DEPUMPO LLP
19   901 Main Street, Suite 3300
     Dallas, TX 75202
20   Telephone: (214) 593-9110
     Fax: (214) 593-9111
21
22   * Admitted *Pro Hac Vice*
     Attorneys for Plaintiff
23   CYWEE GROUP LTD

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    2              CASE NO. 3:14-CV-01853-HSG
CONTINUING DEADLINES FOR 60 DAYS

1

**<u>PURSUANT TO STIPULATION, IT IS SO ORDERED.</u>**

2

3   Dated:  December 22, 2016

4                                                    **Honorable Haywood S. Gilliam, Jr.**

                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER
CONTINUING DEADLINES FOR 60 DAYS          3          CASE NO. 3:14-CV-01853-HSG

1      I, Timothy S. Teter, am counsel for Plaintiff CyWee Group Ltd. in this action. I am the

2   registered ECF user under whose name and password this Stipulation and [Proposed] Order

3   Continuing Deadlines for 60 Days is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that

4   the concurrence in the filing of this document has been obtained from each of the other

5   signatories.

6

7

8      DATED: December 21, 2016              COOLEY LLP

9

10                                          By: */s/ Timothy S. Teter*
                                                 Timothy S. Teter

11                                          Attorneys for APPLE INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR 60 DAYS                    4                    CASE NO. 3:14-CV-01853-HSG