Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Michael W. Shore (Texas 18294915)*
Alfonso G. Chan (Texas 24012408)*
Jennifer M. Rynell (Texas 24033025)*
Ari B. Rafilson (Texas 24060465)*
Yong Peng (Texas 24099772)*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Fax: (214) 593-9111

* Admitted *Pro Hac Vice*
Attorneys for Plaintiff
CYWEE GROUP LTD

Matthew J. Brigham (191428)
(mbrigham@cooley.com)
Benjamin G. Damstedt (230311)
(bdamstedt@cooley.com)
Dena Chen (286452)
(dchen@cooley.com)
Matthew Buccellato (296079)
(mbuccellato@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Eamonn Gardner (310384)
(egardner@cooley.com)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD., <br> *Plaintiff*, <br> v. <br> APPLE INC., <br> *Defendant*. | Case No. 3:14-cv-01853-HSG (HRL) <br><br> **STIPULATION OF DISMISSAL** <br><br> **Judge: Haywood S. Gilliam, Jr.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CyWee Group Ltd. and Defendant Apple Inc. hereby stipulate to the dismissal of this action, as they have settled their respective claims for relief asserted in this action. All claims of relief asserted against Apple, Inc. by CyWee Group Ltd. herein are dismissed WITHOUT PREJUDICE. All counterclaims for relief against CyWee Group Ltd. by Apple, Inc. are dismissed WITHOUT PREJUDICE. Plaintiff and Defendant will each bear its own attorneys' fees, costs and expenses.

Dated:  February 17, 2017                         Respectfully submitted,

| /s/ *Michael W. Shore* | */s/ Benjamin G. Damstedt* |
|---|---|
| Jill F. Kopeikin (State Bar No. 160792) | Matthew J. Brigham (191428) |
| jkopeikin@gcalaw.com | (mbrigham@cooley.com) |
| Valerie M. Wagner (State Bar No. 173146) | BENJAMIN G. DAMSTEDT (230311) |
| vwagner@gcalaw.com | (bdamstedt@cooley.com) |
| GCA LAW PARTNERS LLP | DENA CHEN (286452) |
| 2570 W. El Camino Real, Suite 510 | (dchen@cooley.com) |
| Mountain View, CA 94040 | MATTHEW BUCCELLATO (296079) |
| Telephone: (650) 482-3900 | (mbuccellato@cooley.com) |
| Fax: (650) 428-3901 | COOLEY LLP |
| jkopeikin@gcalaw.com | 3175 Hanover Street |
| vwagner@gcalaw.com | Palo Alto, CA 94304 |
| | Telephone: (650) 843-5000 |
| Michael W. Shore (admitted *pro hac vice*) | Facsimile: (650) 849-7400 |
| mshore@shorechan.com | |
| Alfonso G. Chan (admitted *pro hac vice*) | EAMONN GARDNER (*pro hac vice*) |
| achan@shorechan.com | (egardner@cooley.com) |
| Jennifer M. Rynell (admitted *pro hac vice*) | COOLEY LLP |
| jrynell@shorechan.com | 4401 Eastgate Mall |
| Ari B. Rafilson (admitted *pro hac vice*) | San Diego, CA 92121 |
| arafilson@shorechan.com | Telephone: (858) 550-6000 |
| Yong Peng (admitted *pro hac vice*) | Facsimile: (858) 550-6420 |
| epeng@shorechan.com | *Attorneys for Defendant Apple Inc.* |
| SHORE CHAN DEPUMPO LLP | |
| 901 Main Street, Suite 3300 | |
| Dallas, TX 75202 | |
| Telephone: (214) 593-9110 | |
| Fax: (214) 593-9111 | |

\* Admitted *Pro Hac Vice*
Attorneys for Plaintiff  CYWEE GROUP LTD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/2017

_____
**Honorable Haywood S. Gilliam, Jr.**
United States District Judge

I, Michael W. Shore, am counsel for Plaintiff CyWee Group Ltd. in this action. I am the registered ECF user under whose name and password this Stipulation of Dismissal and [Proposed] Order is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: February 17, 2017      SHORE CHAN DEPUMPO LLP

                                                   By: /s/ Michael W. Shore
                                                       Michael W. Shore

                                                 Attorneys for CYWEE GROUP LTD.